| | | | | |
|---|---|---|---|---|
| Reese v. State | 31A01–1609–PC–2164 | 02/27/2017 | BRADFORD, J.<br>BROWN, J.<br>VAIDIK, C.J. | Affirmed<br>Concurs<br>Concurs in result without opinion |
| Williams v. State | 49A02–1606–CR–1204 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Courtney v. State | 48A02–1604–CR–864 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Berry v. State | 49A05–1603–PC–553 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Criswell v. Criswell | 34A05–1604–DR–924 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Beck v. State | 49A04–1606–CR–1320 | 02/27/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| McLeod v. State | 10A04–1603–CR–557 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| Clark v. State | 43A03–1605–PC–970 | 02/27/2017 | MATHIAS, J.<br>BAKER, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State | 49A02–1604–CR–774 | 02/27/2017 | MAY, J.<br>NAJAM, J.<br>BAILEY, J. | Affirmed and remanded<br>Concurs<br>Concurs |
| Wilson v. State | 82A01–1607–CR–1714 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |
| M. Doed, LLC v. Barrington | 27A02–1609–MI–2062 | 02/27/2017 | NAJAM, J.<br>BAILEY, J.<br>MAY, J. | Affirmed<br>Concurs<br>Concurs |